UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        NO. Civ.S-12-886 LKK/EFB

    Plaintiff,

  v.

PARMINDER KAUR, et al.,        <u>O R D E R</u>

    Defendants.
_____/

    A status conference is scheduled for September 4, 2012 in the above-captioned case. All defendants have been served, and the time for filing answers has expired. None of the defendants have filed answers, nor have they filed status reports. The clerk of the court issued an entry of default as to all defendants on August 21, 2012. Plaintiff has not moved for default judgment.

    Accordingly, the court ORDERS as follows:

        [1] The status conference scheduled for September 4, 2012 is VACATED; and

////

////

1

      [2] Plaintiff is ordered to file a motion for default judgement before the assigned magistrate judge within thirty (30) days.

IT IS SO ORDERED.

DATED: August 28, 2012.

                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT